IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN L. DUNSON and LISA M. JONES, Administrators of the Estate of Marquis Matthew Dunson, Deceased | : C.A.. NO. 02-CV-4485 <br> : <br> : <br> : |
| v. <br> CITY OF PHILADELPHIA <br> and <br> JOANNE PRZEWORSKI <br> and <br> VICENTE ORTIZ | : <br> : <br> : <br> : <br> : <br> : |

### PLAINTIFF'S REPLY TO COUNTERCLAIM OF CITY OF PHILADELPHIA

1.-2.   Agreed.

3.   Denied as stated. Marquis exhibited signs that appeared to be those of a common cold approximately three days prior to his death.

4.   Agreed.

5.   Denied as stated. During the period of time that Marquis displayed signs of illness prior to his death, his parents gave him Infant's Tylenol in dosages that were recommended on the package.

6.-7.   Denied. The parents of Marquis Matthew Dunson were not negligent, grossly negligent, careless, reckless, or indifferent toward Marquis. The death of Marquis was caused by the defendants' willful misconduct and violation of his civil rights, all as set forth in the complaint.

WHEREFORE, judgment should be entered in favor of plaintiffs and against defendants.

Respectfully submitted,

RAYNES, McCARTY, BINDER, ROSS & MUNDY

By: _____
David F. Binder, Esquire
Ident. No. 02648
1845 Walnut Street, Suite 2000
Philadelphia, PA  19103
(215) 568-6190
Attorney for Plaintiffs

- 2 -