# MD Legal Services Inc.

**1422 Chestnut Street, Suite 711**
**Philadelphia, PA 19102**
**215-665-8070; FAX 215-665-1442**
**www.mdlegalservices.com**

# AFFIDAVIT
# OF
# SERVICE

**COURT TERM:** __USDC EDPA__

**NUMBER:** __C.A. No. 02-CV-4485__

| Plaintiff(s) | Type of Action: |
|---|---|
| Martin L. Dunson and Lisa M. Jones, Administrators of the Estate of Marquis Matthew Dunson, Deceased | ◆ **Civil:**___X___ <br> ◆ **Criminal:**_____ <br> ◆ **Other:**_____ |

| Defendant(s) | Type of Filing: |
|---|---|
| Joanne Przeworski | ◆ **Complaint:**__X__ <br> ◆ **Summons:**_____ <br> ◆ **Subpoena:**_____ <br> ◆ **Other (specify):** <br> Notice of Removal |

| Address for Service |
|---|
| 1821 Griffith Street <br> Philadelphia, PA   19111 |

**Special Instructions:**  Please serve ASAP.

**Served and made known to** _____,

**defendant(s) on the _____ day of _____, 2002, at _____ o'clock, _____.m., at**

_____

County of Philadelphia, Commonwealth of Pennsylvania, in described manner:

_____     **Defendant(s) personally served**
_____     **Adult family member with whom said defendant(s) reside;**
                   **Indicate relationship to defendant(s):_____**
_____     **Adult in charge of defendant(s) residence who refused to give name or relationship**
_____     **Manager or Clerk of place of lodging in which defendant(s) reside(s)**
_____     **Agent or Person in charge of defendant's (defendants') office or usual place of business**
_____     **_____ and officer of said defendant(s) company**
_____     **Other (specify):_____**

**Signature:_____     Print Name:_____**

**On the _____ day of _____, 2002, at _____ o'clock, _____.m., defendant(s) not found because:**
_____  **Moved** _____  **Unknown** _____  **Vacant** _____  **No Answer** _____  **Other _____**

**Signature:_____     Print Name:_____**

| Attorney Information: | Notary: |
|---|---|
| **Name:**     David F. Binder, Esquire <br> **Address:**   Raynes, McCarty, Binder, Ross & Mundy <br>           1845 Walnut Street, 20th Floor <br>           Philadelphia, PA  19103 <br> **Attorney I.D.:**      02648 <br> **Telephone No.:**     215-568-6190 | **On the _____ day of _____, 2002,** <br> _____ <br> **personally came before me and attested to the above.** <br> _____ <br> **Signature** |