**MD Legal Services Inc.**
1422 Chestnut Street, Suite 711
Philadelphia, PA 19102
215-665-8070; FAX 215-665-1442
www.mdlegalservices.com

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| **COURT TERM:** USDC EDPA | **NUMBER:** C.A. No. 02-CV-4485 |

| Plaintiff(s) | Type of Action: |
|---|---|
| Martin L. Dunson and Lisa M. Jones, Administrators of the Estate of Marquis Matthew Dunson, Deceased | ◆ Civil: X<br>◆ Criminal:<br>◆ Other: |

| Defendant(s) | Type of Filing: |
|---|---|
| Vincente Ortiz | ◆ Complaint: X<br>◆ Summons:<br>◆ Subpoena: |
| **Address for Service** | ◆ Other (specify): Notice of Removal |
| 7200 Claridge Street<br>Philadelphia, PA 19111 | |

**Special Instructions:** Please serve ASAP.

**Served and made known to** _____,
defendant(s) on the _____ day of _____, 2002, at _____ o'clock, ___.m., at _____

**County of Philadelphia, Commonwealth of Pennsylvania, in described manner:**
_____ Defendant(s) personally served
_____ Adult family member with whom said defendant(s) reside;
     Indicate relationship to defendant(s): _____
_____ Adult in charge of defendant(s) residence who refused to give name or relationship
_____ Manager or Clerk of place of lodging in which defendant(s) reside(s)
_____ Agent or Person in charge of defendant's (defendants') office or usual place of business
_____ _____ and officer of said defendant(s) company
_____ Other (specify): _____

**Signature:** _____  **Print Name:** _____

**On the** _____ **day of** _____, 2002, at _____ o'clock, ___.m., defendant(s) not found because:
_____ Moved  _____ Unknown  _____ Vacant  _____ No Answer  _____ Other _____

**Signature:** _____  **Print Name:** _____

| Attorney Information:<br>Name:  David F. Binder, Esquire<br>Address:  Raynes, McCarty, Binder, Ross & Mundy<br>          1845 Walnut Street, 20th Floor<br>          Philadelphia, PA 19103<br>Attorney I.D.:  02648<br>Telephone No.:  215-568-6190 | Notary:<br>On the _____ day of _____, 2002, personally came before me and attested to the above.<br><br>_____<br>Signature |