IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN L. DUNSON and LISA M. JONES, Administrators of the Estate of Marquis Matthew Dunson, Deceased<br>v.<br>CITY OF PHILADELPHIA and JOANNE PRZEWORSKI and VICENTE ORTIZ | : C.A.. NO. 02-CV-4485<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER OF DISMISSAL**

The Court, having been notified that the parties have agreed to dismiss this case voluntarily, without prejudice, it is hereby ORDERED that the case is DISMISSED, WITHOUT PREJUDICE.

BY THE COURT:

_____
O'Neill, J.